UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22661-CIV-ALTONAGA/Goodman

**R-TRUCK SERVICES, LLC** and
**CHIHUAHUA URUGUAY, LLC**,

      Plaintiffs,
v.

**SALVADOR AUGUSTO LANDIVAR SUAREZ**; *et al.*,

      Defendants.
_____ /

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On August 2, 2019, the Court entered an Order [ECF No. 22] administratively closing the case and requiring Plaintiffs to prepare and file a status report every 60 days, beginning October 1, 2019, providing the Court with updates regarding service on individual foreign Defendants, Salvador Augusto Landivar Suarez and Stephanie Morel de Landivar. (*See id.*). Due to Plaintiffs' failure to comply with the Administrative Order, on February 11, 2020, the Court entered an Order [ECF No. 27], requiring Plaintiffs to file a report informing the Court of the status upon the foreign Defendants by February 13, 2020. Remarkably, Plaintiffs have failed to file a status report. [1]

Accordingly, it is

**ORDERED AND ADJUDGED** that the case is DISMISSED without prejudice.

---

[1] Plaintiffs have failed to comply with the Administrative Order on three separate occasions, requiring the Court's Orders directing Plaintiffs to comply with the basic task of informing the Court of the status of service upon foreign Defendants. (*See* Oct. 3, 2019 Order [ECF No. 23]; Dec. 9, 2019 Order [ECF No. 25]; Feb. 11, 2020 Order).

CASE NO. 19-22661-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 14th day of February, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record